Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-32488 (JNP)**

Douglas Johnson and Brenda Johnson  
121 Greenwood Ave  
Malaga, NJ  08328

Monthly Payment: $496.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | $452.00 | 01/31/2020 | $452.00 | 03/03/2020 | $452.00 | 04/06/2020 | $496.00 |
| 05/06/2020 | $496.00 | 06/08/2020 | $496.00 | 07/07/2020 | $496.00 | 08/11/2020 | $496.00 |
| 09/09/2020 | $496.00 | 10/02/2020 | $496.00 | 11/09/2020 | $496.00 | 12/14/2020 | $496.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOUGLAS JOHNSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $482.81 | $17.98 | $464.83 | $0.00 |
| 2 | ALLY FINANCIAL | 24 | $48.15 | $1.80 | $46.35 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,725.45 | $0.00 | $0.00 | $0.00 |
| 4 | COMMUNITY LOAN SERVICING, LLC | 24 | $10,155.04 | $378.12 | $9,776.92 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,618.38 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $695.01 | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE/MAURICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $4,708.78 | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $457.93 | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $1,632.13 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,167.21 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $501.15 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $1,319.03 | $0.00 | $0.00 | $0.00 |
| 15 | DOUGLAS JOHNSON, JR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CAPITAL ONE, N.A. | 33 | $3,625.85 | $0.00 | $0.00 | $0.00 |
| 20 | OFFICE OF ATTORNEY GENERAL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $11,947.80 | $444.87 | $11,502.93 | $0.00 |
| 22 | SYNCHRONY BANK | 33 | $2,012.99 | $0.00 | $0.00 | $0.00 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $822.92 | $0.00 | $0.00 | $0.00 |
| 24 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SYNCB/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | CITIBANK, N.A. | 33 | $741.06 | $0.00 | $0.00 | $0.00 |
| 28 | BRENDA JOHNSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | CAPITAL ONE, N.A. | 33 | $3,623.45 | $0.00 | $0.00 | $0.00 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $386.55 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2020 | 1.00 | $0.00 |
| 02/01/2020 | Paid to Date | $904.00 |
| 03/01/2020 | 58.00 | $496.00 |
| 01/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,820.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $454.34 |
| Arrearages: | $44.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**