Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−32488−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Douglas Johnson                                      Brenda Johnson
   121 Greenwood Ave                                    121 Greenwood Ave
   Malaga, NJ 08328                                     Malaga, NJ 08328

Social Security No.:
   xxx−xx−7782                                          xxx−xx−6003

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 5, 2020.

On 5/24/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:             July 7, 2021
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 25, 2021
JAN: lgr

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Douglas Johnson  
Brenda Johnson  
    Debtors

Case No. 19-32488-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 25, 2021      Form ID: 185      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Johnson, Brenda Johnson, 121 Greenwood Ave, Malaga, NJ 08328-4133 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LI, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518597867 | + | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 518671773 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518597877 | | Comenity/Venus, PO Box 6596127, San Antonio, TX 78265 |
| 518597878 | + | Douglas Johnson, Jr, 121 Greenwood Ave, Malaga, NJ 08328-4133 |
| 518643594 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518597883 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518597886 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518597889 | + | WAWA/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 25 2021 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 25 2021 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518597865 | | Email/Text: ally@ebn.phinsolutions.com | May 25 2021 20:52:00 | Ally, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518597864 | + | Email/Text: ally@ebn.phinsolutions.com | May 25 2021 20:52:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 518684984 | | Email/Text: ally@ebn.phinsolutions.com | May 25 2021 20:52:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518597866 | | Email/PDF: gecsedi@recoverycorp.com | May 25 2021 21:29:24 | Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 518686555 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 25 2021 20:52:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518597868 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2021 21:31:02 | Best buy, PO Box 6204, Sioux Falls, SD 57117-6204 |
| 518597869 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 25 2021 21:30:46 | Capital One, PO Box 30281, Salt Lake, UT 84130-0281 |
| 518597870 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 25 2021 21:30:46 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: 185 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518647831 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 25 2021 21:32:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518647832 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 25 2021 21:29:48 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518597871 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 25 2021 21:32:06 | Capital one/Maurices, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518676626 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2021 21:30:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518597873 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2021 20:53:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 518597874 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2021 20:53:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 518597875 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2021 20:53:00 | Comenity Capital Bank/Bjs, Po Box 182120, Columbus, OH 43218-2120 |
| 518597876 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2021 20:53:00 | Comenity Capital Bank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 519213361 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 25 2021 20:52:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 518992930 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 25 2021 20:52:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518992929 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 25 2021 20:52:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518597880 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 25 2021 20:52:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518693843 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 25 2021 20:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518597872 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 25 2021 21:30:43 | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 518597882 | + | Email/Text: PBNCNotifications@peritusservices.com | May 25 2021 20:52:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518611929 | + | Email/PDF: cbp@onemainfinancial.com | May 25 2021 21:29:19 | ONEMAIN Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518597884 | + | Email/PDF: cbp@onemainfinancial.com | May 25 2021 21:29:19 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 518956967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2021 21:29:39 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518956968 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2021 21:32:13 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518696968 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2021 21:29:38 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518680464 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2021 21:32:14 | Portfolio Recovery Associates, LLC, c/o Maurices, POB 41067, Norfolk VA 23541 |
| 518597885 | | Email/PDF: gecsedi@recoverycorp.com | May 25 2021 21:29:24 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518691003 | | Email/Text: bnc-quantum@quantum3group.com | May 25 2021 20:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518691001 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Case 19-32488-JNP | Doc 35 | Filed 05/27/21 | Entered 05/28/21 00:14:33 | Desc Imaged |
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 25, 2021 | Form ID: 185 | Total Noticed: 48 |

|  |  |  |  |
|---|---|---|---|
|  |  | May 25 2021 20:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518597887 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | May 25 2021 21:29:24 | SYNCB/TJX, PO box 965015, Orlando, FL 32896-5015 |
| 518597888 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | May 25 2021 21:30:41 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518693675 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | May 25 2021 21:29:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518600834 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | May 25 2021 21:29:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518671774 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518597879 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518597881 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Brenda Johnson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Douglas Johnson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5