Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−32488−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Johnson | Brenda Johnson |
| 121 Greenwood Ave | 121 Greenwood Ave |
| Malaga, NJ 08328 | Malaga, NJ 08328 |

Social Security No.:
   xxx−xx−7782                                                                xxx−xx−6003

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 20, 2021.

Dated: October 20, 2021
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32488-JNP |
| Douglas Johnson | Chapter 13 |
| Brenda Johnson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Johnson, Brenda Johnson, 121 Greenwood Ave, Malaga, NJ 08328-4133 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LI, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519262287 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518597867 | + | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 518671773 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518597877 | | Comenity/Venus, PO Box 6596127, San Antonio, TX 78265 |
| 518597878 | + | Douglas Johnson, Jr, 121 Greenwood Ave, Malaga, NJ 08328-4133 |
| 518643594 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518597883 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518597886 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518597865 | | Email/Text: ally@ebn.phinsolutions.com | Oct 20 2021 20:21:00 | Ally, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518597864 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 20 2021 20:21:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 518684984 | | Email/Text: ally@ebn.phinsolutions.com | Oct 20 2021 20:21:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518597866 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:35:59 | Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 518686555 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 20 2021 20:21:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518597868 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 20:35:52 | Best buy, PO Box 6204, Sioux Falls, SD 57117-6204 |
| 518597869 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 20:35:48 | Capital One, PO Box 30281, Salt Lake, UT 84130-0281 |
| 518597870 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 20:35:48 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518647831 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

| | | | |
|---|---|---|---|
| | | Oct 20 2021 20:36:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518647832 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2021 20:36:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518597871 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 20:35:48 | Capital one/Maurices, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518676626 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 20:36:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518597873 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2021 20:21:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 518597874 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2021 20:21:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 518597875 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2021 20:21:00 | Comenity Capital Bank/Bjs, Po Box 182120, Columbus, OH 43218-2120 |
| 518597876 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2021 20:21:00 | Comenity Capital Bank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 519213361 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 20 2021 20:21:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 518992930 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 20 2021 20:21:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518992929 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 20 2021 20:21:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518597880 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2021 20:21:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518693843 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2021 20:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518597872 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2021 20:35:59 | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 518597882 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2021 20:21:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518611929 | + Email/PDF: cbp@onemainfinancial.com | Oct 20 2021 20:35:47 | ONEMAIN Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518597884 | + Email/PDF: cbp@onemainfinancial.com | Oct 20 2021 20:35:47 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 518956967 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518956968 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518696968 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:35:50 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518680464 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:02 | Portfolio Recovery Associates, LLC, c/o Maurices, POB 41067, Norfolk VA 23541 |
| 518597885 | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:36:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518691003 | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2021 20:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518691001 | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2021 20:22:00 | Quantum3 Group LLC as agent for, Comenity |

| Recip ID | | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|---|
| | | | | | Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518597887 | + | Email/PDF: gecsedi@recoverycorp.com | | Oct 20 2021 20:35:49 | SYNCB/TJX, PO box 965015, Orlando, FL 32896-5015 |
| 518597888 | + | Email/PDF: gecsedi@recoverycorp.com | | Oct 20 2021 20:36:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518693675 | + | Email/PDF: gecsedi@recoverycorp.com | | Oct 20 2021 20:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518600834 | + | Email/PDF: gecsedi@recoverycorp.com | | Oct 20 2021 20:36:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518597889 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | Oct 20 2021 20:35:53 | WAWA/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519262288 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518671774 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518597879 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518597881 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Brenda Johnson mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 50

                on behalf of Debtor Douglas Johnson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6