**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: | CASE NO.: 19-32488-JNP |
| | CHAPTER 13 |
| **Douglas Johnson,** | |
| **Debtor,** | |
| **Brenda Johnson,** | |
| **Joint Debtor.** | |
| _____/ | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association</u><br>Name of Transferee | <u>Community Loan Servicing, LLC.</u><br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South Attn: BK Dept<br>Houston TX 77042 | Court Claim # (if known): 10-1<br>Amount of Claim: $175,468.39<br>Date Claim Filed: 1/30/2020 |
| Phone:<br>Last Four Digits of Acct #: <u>0909</u> | Phone: <u>800-771-0299</u><br>Last Four Digits of Acct #: <u>0553</u> |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance, LP
9990 Richmond Ave. Suite 400 South Attn: BK Dept
Houston TX 77042

Phone:
Last Four Digits of Acct #: <u>0909</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Harold Kaplan                Date: 10/27/2021

Transferee/Transferee's Agent
*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

21-108045 - YaR

**CERTIFICATE OF SERVICE**

       **I HEREBY CERTIFY** that on October 28, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DOUGLAS JOHNSON
121 GREENWOOD AVE
MALAGA, NJ 08328

BRENDA JOHNSON
121 GREENWOOD AVE
MALAGA, NJ 08328

And via electronic mail to:

LAW OFFICES OF SEYMOUR WASSERSTRUM
205 WEST LANDIS AVENUE
VINELAND, NJ 08360

LAW OFFICES OF SEYMOUR WASSERSTRUM
205 WEST LANDIS AVENUE
VINELAND, NJ 08360

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

                                      By: /s/ Yanique Roberts

21-108045 - YaR