Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-32488 (JNP)

Douglas Johnson and Brenda Johnson  
121 Greenwood Ave  
Malaga, NJ  08328

Monthly Payment: $723.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/18/2022 | $723.00 | 02/14/2022 | $723.00 | 03/21/2022 | $723.00 | 04/18/2022 | $723.00 |
| 05/09/2022 | $723.00 | 06/13/2022 | $723.00 | 07/18/2022 | $723.00 | 08/19/2022 | $723.00 |
| 09/12/2022 | $723.00 | 10/17/2022 | $723.00 | 11/10/2022 | $723.00 | 12/15/2022 | $723.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOUGLAS JOHNSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $482.81 | $482.81 | $0.00 | $195.32 |
| 2 | ALLY FINANCIAL | 24 | $48.15 | $48.15 | $0.00 | $19.48 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,725.45 | $67.45 | $1,658.00 | $0.00 |
| 4 | U.S. BANK, N.A. | 24 | $989.67 | $989.67 | $0.00 | $611.55 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,618.38 | $63.26 | $1,555.12 | $0.00 |
| 6 | CAPITAL ONE, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $695.01 | $27.17 | $667.84 | $0.00 |
| 8 | CAPITAL ONE/MAURICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $4,708.78 | $184.05 | $4,524.73 | $0.00 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $457.93 | $17.91 | $440.02 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $1,632.13 | $63.79 | $1,568.34 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,167.21 | $45.62 | $1,121.59 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $501.15 | $19.59 | $481.56 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $1,319.03 | $51.56 | $1,267.47 | $0.00 |
| 15 | DOUGLAS JOHNSON, JR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CAPITAL ONE, N.A. | 33 | $3,625.85 | $141.74 | $3,484.11 | $0.00 |
| 20 | OFFICE OF ATTORNEY GENERAL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $11,947.80 | $11,947.80 | $0.00 | $4,833.66 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,012.99 | $78.69 | $1,934.30 | $0.00 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $822.92 | $32.17 | $790.75 | $0.00 |
| 24 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SYNCB/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | CITIBANK, N.A. | 33 | $741.06 | $28.97 | $712.09 | $0.00 |
| 28 | BRENDA JOHNSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | CAPITAL ONE, N.A. | 33 | $3,623.45 | $141.63 | $3,481.82 | $0.00 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $386.55 | $15.11 | $371.44 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2020 | 21.00 | $0.00 |
| 10/01/2021 | Paid to Date | $10,780.00 |
| 11/01/2021 | 38.00 | $723.00 |
| 01/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,676.00 |
| Total paid to creditors this period: | $5,660.01 |
| Undistributed Funds on Hand: | $660.82 |
| Arrearages: | $0.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**