Printed on: 01/02/2024

ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 19-32488 (JNP)

Douglas Johnson and Brenda Johnson
121 Greenwood Ave
Malaga, NJ  08328

Monthly Payment: $723.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/09/2023 | $723.00 | 02/03/2023 | $723.00 | 03/13/2023 | $723.00 | 04/10/2023 | $723.00 |
| 05/15/2023 | $723.00 | 06/09/2023 | $723.00 | 07/24/2023 | $723.00 | 08/21/2023 | $723.00 |
| 09/08/2023 | $723.00 | 10/12/2023 | $723.00 | 11/20/2023 | $723.00 | 12/29/2023 | $723.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | DOUGLAS JOHNSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $482.81 | $482.81 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL | 24 | $48.15 | $48.15 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,725.45 | $608.44 | $1,117.01 | $540.99 |
| 4 | U.S. BANK, N.A. | 24 | $989.67 | $989.67 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,618.38 | $570.69 | $1,047.69 | $507.43 |
| 6 | CAPITAL ONE, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE, N.A. | 33 | $695.01 | $245.08 | $449.93 | $217.91 |
| 8 | CAPITAL ONE/MAURICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $4,708.78 | $1,660.45 | $3,048.33 | $1,476.40 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $457.93 | $161.48 | $296.45 | $143.57 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $1,632.13 | $575.53 | $1,056.60 | $511.74 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,167.21 | $411.59 | $755.62 | $365.97 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $501.15 | $176.72 | $324.43 | $157.13 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $1,319.03 | $465.12 | $853.91 | $413.56 |
| 15 | DOUGLAS JOHNSON, JR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CAPITAL ONE, N.A. | 33 | $3,625.85 | $1,278.57 | $2,347.28 | $1,136.83 |
| 20 | OFFICE OF ATTORNEY GENERAL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $11,947.80 | $11,947.80 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,012.99 | $709.83 | $1,303.16 | $631.14 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $822.92 | $290.19 | $532.73 | $258.02 |
| 24 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SYNCB/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | CITIBANK, N.A. | 33 | $741.06 | $261.32 | $479.74 | $232.35 |
| 28 | BRENDA JOHNSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | CAPITAL ONE, N.A. | 33 | $3,623.45 | $1,277.73 | $2,345.72 | $1,136.10 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $386.55 | $136.31 | $250.24 | $121.20 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2020 | 21.00 | $0.00 |
| 10/01/2021 | Paid to Date | $10,780.00 |
| 11/01/2021 | 38.00 | $723.00 |
| 01/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,676.00 |
| Total paid to creditors this period: | $7,850.34 |
| Undistributed Funds on Hand: | $653.59 |
| Arrearages: | $723.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**