| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Douglas Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7782<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Brenda Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6003<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–32488–JNP | | |

## Order of Discharge    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Douglas Johnson                                          Brenda Johnson

3/13/25                                                  **By the court:** Jerrold N. Poslusny Jr.
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Douglas Johnson  
Brenda Johnson  
    Debtors

Case No. 19-32488-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Mar 13, 2025      Form ID: 3180W      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Johnson, Brenda Johnson, 121 Greenwood Ave, Malaga, NJ 08328-4133 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LI, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518597867 | + | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 518597877 | | Comenity/Venus, PO Box 6596127, San Antonio, TX 78265 |
| 518597878 | + | Douglas Johnson, Jr, 121 Greenwood Ave, Malaga, NJ 08328-4133 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Mar 13 2025 21:01:00 | Kimberly Wilson, Robertson, Anschutz, Schneid Crane et al, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 13 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 13 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 13 2025 21:01:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 518597865 | | EDI: GMACFS.COM | Mar 14 2025 00:40:00 | Ally, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518597864 | + | EDI: GMACFS.COM | Mar 14 2025 00:40:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 518684984 | | EDI: GMACFS.COM | Mar 14 2025 00:40:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519262287 | + | EDI: AISACG.COM | Mar 14 2025 00:40:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519262287 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2025 21:07:22 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518597866 | | EDI: SYNC | Mar 14 2025 00:40:00 | Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 518597866 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:07:00 | Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |

Case 19-32488-JNP    Doc 61    Filed 03/15/25    Entered 03/16/25 00:15:43    Desc Imaged
                              Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: 3180W | Total Noticed: 53 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 518686555 | + | EDI: LCIBAYLN | Mar 14 2025 00:40:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 518597868 | + | EDI: CITICORP | Mar 14 2025 00:40:00 | Best buy, PO Box 6204, Sioux Falls, SD 57117-6204 |
| 518597869 | + | EDI: CAPITALONE.COM | Mar 14 2025 00:40:00 | Capital One, PO Box 30281, Salt Lake, UT 84130-0281 |
| 518597869 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 21:35:57 | Capital One, PO Box 30281, Salt Lake, UT 84130-0281 |
| 518597870 | + | EDI: CAPITALONE.COM | Mar 14 2025 00:40:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518597870 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 22:32:09 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518647831 | + | EDI: AIS.COM | Mar 14 2025 00:40:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518647831 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 13 2025 21:35:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518647832 | + | EDI: AIS.COM | Mar 14 2025 00:40:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518647832 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 13 2025 21:21:01 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518671773 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2025 21:21:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518597871 | + | EDI: CAPITALONE.COM | Mar 14 2025 00:40:00 | Capital one/Maurices, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518597871 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 21:08:04 | Capital one/Maurices, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518597872 | | EDI: JPMORGANCHASE | Mar 14 2025 00:40:00 | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 518597872 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2025 21:08:03 | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 518676626 | | EDI: CITICORP | Mar 14 2025 00:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518597873 | | EDI: WFNNB.COM | Mar 14 2025 00:40:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 518597874 | | EDI: WFNNB.COM | Mar 14 2025 00:40:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 518597875 | + | EDI: WFNNB.COM | Mar 14 2025 00:40:00 | Comenity Capital Bank/Bjs, Po Box 182120, Columbus, OH 43218-2120 |
| 518597876 | + | EDI: WFNNB.COM | Mar 14 2025 00:40:00 | Comenity Capital Bank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 519213361 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 13 2025 21:01:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 518992930 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 13 2025 21:01:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518992929 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 13 2025 21:01:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518597880 | + | EDI: IRS.COM | | |

Case 19-32488-JNP    Doc 61    Filed 03/15/25    Entered 03/16/25 00:15:43    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: 3180W | Total Noticed: 53 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | Mar 14 2025 00:40:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518693843 | EDI: JEFFERSONCAP.COM | Mar 14 2025 00:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518643594 | + Email/Text: RASEBN@raslg.com | Mar 13 2025 21:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518597882 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 13 2025 21:01:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518611929 | + EDI: AGFINANCE.COM | Mar 14 2025 00:40:00 | ONEMAIN Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518597883 | ^ MEBN | Mar 13 2025 20:55:21 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518597884 | + EDI: AGFINANCE.COM | Mar 14 2025 00:40:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 518956967 | EDI: PRA.COM | Mar 14 2025 00:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518956968 | EDI: PRA.COM | Mar 14 2025 00:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518696968 | EDI: PRA.COM | Mar 14 2025 00:40:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518680464 | EDI: PRA.COM | Mar 14 2025 00:40:00 | Portfolio Recovery Associates, LLC, c/o Maurices, POB 41067, Norfolk VA 23541 |
| 518597885 | EDI: SYNC | Mar 14 2025 00:40:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518597885 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:06:59 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518691003 | EDI: Q3G.COM | Mar 14 2025 00:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518691001 | EDI: Q3G.COM | Mar 14 2025 00:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518597886 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 13 2025 21:01:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518597887 | + EDI: SYNC | Mar 14 2025 00:40:00 | SYNCB/TJX, PO box 965015, Orlando, FL 32896-5015 |
| 518597887 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:07:07 | SYNCB/TJX, PO box 965015, Orlando, FL 32896-5015 |
| 518597888 | + EDI: SYNC | Mar 14 2025 00:40:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518597888 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:06:59 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518693675 | ^ MEBN | Mar 13 2025 20:57:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518600834 | ^ MEBN | Mar 13 2025 20:57:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519344843 | + Email/Text: bkteam@selenefinance.com | Mar 13 2025 21:02:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, |

| Recip ID | | | |
|---|---|---|---|
| 520006364 | + Email/Text: RASEBN@raslg.com | Mar 13 2025 21:01:00 | Suite 500, Dallas, TX 75019-6295 U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518597889 | + EDI: CITICORP | Mar 14 2025 00:40:00 | WAWA/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519262288 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518671774 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518597879 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518597881 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519628724 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519628725 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519344844 | *+ | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association kimwilson@raslg.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Mar 13, 2025 | Form ID: 3180W | Total Noticed: 53 |

Kimberly A. Wilson
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association kimwilson@raslg.com

Seymour Wasserstrum
    on behalf of Joint Debtor Brenda Johnson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
    on behalf of Debtor Douglas Johnson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9